IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHANEL, INC., <br> a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> CHAI XUHUI d/b/a WATCHVISA.COM, <br> WHOLEWATCHES.COM, <br> OVERWATCHES.COM, <br> REPLICAME.COM, <br> WATCHESMINE.COM, <br> WATCHESVIEW.COM, <br> WATCHBEEF.COM, BOOTSME.COM, <br> AIMBAGS.COM, MYBAGSVIP.COM, <br> MINEBAGS.COM, BAGSMINE.COM, <br> BAGSHAND.COM, and <br> HANDBAGSSELL.COM and DOES 1-10, <br><br> Defendants. | Civil No. <u>10-2040-P</u> |

**ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

WHEREAS Plaintiff Chanel, Inc., ("Chanel") filed its Motion For Order Authorizing Alternate Service of Process on Defendant Pursuant to Federal Rule of Civil Procedure 4(f)(3) ("Plaintiff's Motion");

WHEREAS Plaintiff has shown good cause why leave should be granted allowing service of the Summons, the Complaint, and the Second Amended Complaint in this matter upon Defendant Chai Xuhui ("Xuhui") via electronic mail ("e-mail"); and

The Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in regards to Plaintiff's Motion, hereby grants Plaintiff's Motion and grants leave to Plaintiff to serve the Summons, the Complaint, the Second Amended Complaint, and all subsequent pleadings, motions, and discovery, upon Defendant Xuhui by e-mail at the e-mail addresses chaixuhui@126.com, 1127969678@qq.com, kevincoin@gmail.com, replicame.com@gmail.com, kkvip.one@gmail.com, watchesview@gmail.com, sdfe@163.com, sdfsdf@126.com, minebags@gmail.com, bagshand@gmail.com, handbagssell@gmail.com, watchvisa@gmail.com, wwserve@gmail.com, owserve@gmail.com, replicamer@gmail.com, watchesmine@gmail.com, watchesview.com@gmail.com, watchbeef@gmail.com, handbags99@gmail.com, sales@replicashandbag.com, and bagsmine.com@gmail.com.

Should any Defendant enter a formal appearance *pro se* or by counsel, service of process on that Defendant should revert to standard processes. On these conditions, the Court grants Chanel's motion for alternative service of process under Rule 4(f)(3).

IT IS SO ORDERED.

                                                s/ Tu M. Pham
                                                TU M. PHAM
                                                United States Magistrate Judge

                                                April 19, 2010
                                                Date